[No. 801.]

## THE STATE OF NEVADA, Respondent, v. AH HUNG, Appellant.

When Judgment will be Affirmed.—Where there is no motion for a new trial, or bill of exceptions, and where no error is suggested by counsel for appellant, the judgment will be affirmed.

Appeal from the District Court of the Sixth Judicial District, Eureka County.

*Robert M. Clarke*, for Appellant.

*J. R. Kittrell, Attorney-General*, for Respondent.

By the Court, Beatty, J.:

The defendant in this case appeals from a judgment convicting him of an assault with intent to inflict bodily injury. There was no motion for a new trial, and there is no bill of exceptions. The record discloses no error on the part of the district court, and none is suggested by counsel for appellant.

The judgment is affirmed.

Earll, J., did not participate in this decision.